UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Briar Hydro Associates</u>

            v.                    10-cv-8-JM

<u>57,037 Sq. Ft. Of Land,</u>
<u>More or Less, in Concord, New Hampshire et al</u>

O R D E R

    Pursuant to Fed.R.Civ.P. 71.1(j) and RSA 498-A:5 and RSA 498-A:11, Briar Hydro Associates has deposited with the Court the amount of nine thousand two hundred fifty dollars ($9,250.00) for the property interests owned in common by Defendants 77 Merrimack Street, LLC and Paul E. Kelleher, Trustee of South Union Realty Trust.

    IT IS HEREBY FURTHER ORDERED that the Clerk:

1. Cause the funds to be invested in the Court Registry Investment System;

2. Deduct a registry fee equal to ten percent (10%) of the interest earned on said

    funds pursuant to the directive of the Judicial Conference of the United States; and

3. Deduct the registry fee prior to the disbursement of funds without further of the Court.

SO ORDERED.

January 12, 2010

/s/ James R. Muirhead
James R. Muirhead
United States Magistrate Judge

cc: Michael Ramsdell, Esq.
Paul E. Kelleher
Danversbank
77 Merrimack Street, LLC