**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


Briar Hydro Associates

   v.                                    Civil No. 10-cv-008-LM

57,037 Square Feet of Land More or Less,
Located in Concord, NH, et al.


**O R D E R**


On today's date, a status conference was held via telephone in this case.  Attorney Michael D. Ramsdell appeared for plaintiff; Attorneys Christopher H.M. Carter and John H. Sokul, Jr., appeared for defendants.  The court is placing this case back on the trial track.  The trial shall take place during the two-week period beginning May 21, 2013.  The parties shall meet and confer and, on or before December 21, 2012, file a joint, proposed scheduling order that addresses any necessary pretrial discovery and briefing.

   SO ORDERED.

 

_____
Landya McCafferty
United States Magistrate Judge

December 10, 2012

cc:  Michael D. Ramsdell, Esq.
     Christopher H.M. Carter, Esq.